David Kite, Mid–Missouri Legal Services Corp., Jefferson City, for appellants.

Lori J. Levine, Carson, Coil, Riley, McMillin, Levine & Veit, Jefferson City, for respondent.

Before COVINGTON, P.J., and SHANGLER and PRITCHARD, JJ.

ORDER

PER CURIAM.

Appeal from an order to deny appellant's petition for declaration of paternity.

Affirmed.   Rule 84.16(b).

ORDER

PER CURIAM.

Appeal from conviction of ordinance violation.

Judgment affirmed.   Rule 30.25(b).

Christine STEIFERMAN, Appellant,

v.

K–MART CORPORATION, Respondent.

No. WD 39645.

Missouri Court of Appeals, Western District.

March 8, 1988.

CITY OF KANSAS CITY, Respondent,

v.

Robert TUCKNESS, Appellant.

No. WD 39598.

Missouri Court of Appeals, Western District.

March 8, 1988.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

Richard N. Ward, City Atty., George L. Sharp, City Prosecutor by Edward B. Rucker, Asst. City Prosecutor, Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.